

Date: August 16th, 2024

To:     Kentrez Grant (751095) Ramp Agent (CSA) – AUS/120

From:   Christopher Joseph, Operations Service Manager, AUS/120

Subject:  Unpaid Suspension Pending Review for Continued Employment

This notice confirms that effective immediately you are suspended without pay due to the reasons we discussed. During your unpaid suspension you will be in an inactive employment status pending the review of your continued employment.

If you have not already provided a written statement to your leader regarding the circumstances which triggered your suspension or if you have new information to share, please send your statement to your leader via email within 24 hours.

We expect to reach a decision regarding your employment as quickly as possible. If you have questions or concerns during your suspension, please contact me or your HR Business Partner (HRBP) at:

Manager phone number & email: _____(512) 530-0608_____Christopher.Joseph@delta.com_____

HRBP name & phone number: _____Michelle Harris_____(602) 681-0306_____

Sincerely,

Manager's Signature (wet or electronic signature)

_____

### Important Information

- **Pay:** Questions regarding pay may be directed to your Leader. To access pay statements, contact the Employee Service Center at 1-800-MyDelta.
- **EAP:** The Spring Health Employee Assistance Program is available for you 24/7 at 1-800-533-6939 and at www.Delta.SpringHealth.com.
- **Health Insurance:** Direct benefit questions to the Employee Service Center at 1-800-MyDelta. If your unpaid suspended status exceeds 60 days, Delta health insurance would end and Consolidated Omnibus Budget Reconciliation Act (COBRA) health insurance options will be mailed to your home address (if applicable). If you were enrolled in medical, dental and/or vision coverage immediately before the loss of coverage, you may elect to continue participating in those plans.
- **Travel Privileges:** All travel privileges are suspended including non-revenue, confirmed for less, Delta Difference and Sprit Passes, and zed travel for you, your pass riders, your buddy pass riders, and on other

*Version 20FEB24*

Confidential

employee's travel passes. If family/friends are currently traveling on your passes, advise your leader so they may assist you with managing their travel.
- **Unstoppable Together Points:** Points are paid out upon separation from the company.

Confidential

*Version 20FEB24*