# EXHIBIT A

FW Email sent August 16, 2024 Molly Harris Response Fw_ Issues at AUS Airport Concerning

This Email is to the C - Suite Officers of Delta Air Lines Inc. about issues of Harrasment and abuse experienced at the Austin Station and Notification of Whistleblower Reprisal . It was FWD from the Delta email account.

Fw: Issues at AUS Airport Concerning - Kentrez Grant

From: Grant, Kentrez (kentrez.grant@delta.com)

To: Sheilacollins757@gmail.com; kentrez_78@yahoo.com

Date: Friday, August 16, 2024 at 10:14 PM CDT

**From:** Harris, Molly R <molly.harris@delta.com>
**Sent:** Friday, August 16, 2024 9:14 PM
**To:** Grant, Kentrez <kentrez.grant@delta.com>
**Cc:** Hauenstein, Glen W <Glen.W.Hauenstein@delta.com>; Berry, Hussein H <hussein.berry@delta.com>; Spanos, Mike <mike.spanos@delta.com>; Brown, Olive <Olive.Brown@delta.com>
**Subject:** Re: Issues at AUS Airport Concerning - Kentrez Grant

Kentrez - Thank you for your note and I'm very sorry to hear of all the challenges you've faced. Will follow up with you to find time soon to discuss your concerns in greater detail.

Sincerely,
Molly

> On Aug 16, 2024, at 10:03 PM, Grant, Kentrez <kentrez.grant@delta.com> wrote:
>
>
> Hello Ms. Harris,
>
> I'm contacting you in reference to the issues and hardships I've tried to address with leadership locally at the Austin station.
>
> I am Kentrez Grant. I was a new hire for Delta on June 17, 2024. I called Delta and the third party agency to seek information on possibly getting information and assistance for my family before i relocated from El Paso, Tx in May 2024. No one provided any form of assistance or information.  I was informed that I would get adequate time to relocate my family before I was hired on or about May 23, 2024.  I am a retired veteran that needed to utilize government services to relocate my family.  I was allocated the necessary 10 days after I went to Austin and worked for roughly 2 weeks.  I went back to El Paso to conduct the government move and bring my family back to Austin.
>
> During my first week,  I suffered from multiple awkward attacks and issues. I thought it was because I contacted Delta HQ about getting assistance with moving. Issues since then have ranged from toxic and

abusive actions (to include personnel mistreating me because of my disabled veteran status, making false statements, wrongfully being suspended/terminated because of allegations while the actual  proof i have of my accusations are ignored.  The actions got worst After I filed and scheduled my EEOC appointment to file a charge against Delta due to leadership not taking any action on personnel making attacks or false statements against me.
>
> I'm now allegedly under investigation. The investigations are all "in house" with people worried about me recording but not the fact a mother and son are working at this station and are a part of the abusive, corrupt, and toxic environment. The mother does assist with supervision BW although she is AW. I asked questions pertaining to a position i am seeking and the son of Janet Montiy,  William Mann, tells me "i asked a dumb question. "  False allegations of hurting people and destroying equipment has been made because (1) individual and a false allegation of jokingly threatening to shoot a person has been fabricated to remove me wrongfully. The shooting comment was never mentioned until today, when Janet Montey's son falsely accused me of making bad statements about his mother. Olive Brown questioned me for an inquiry with Brandon Cummings present, who was my OSM at the time.  The false allegation with no factual date or person never came up until,  today as well as the wrongful suspending for telling William Mann i am not afraid of whatever he and his mother has going on at this location.  During this time i am being indefinitely suspended  without pay and waiting the outcome of an investigation from leaders that ask me,  "Do they haze in the military?" is wrong.  I informed CJ of this statement made by Olive Brown and within an hour I was getting briefed on a suspension. I am simply informing of actions that appear to be whistleblower reprisal and abuse of power which possibly violate ADA, EEOC, and other laws.
>
> Unlike others my allegations can be proven.
>
> Thank you for your time.
>
> Respectfully,
>
> Kentrez A. Grant
> SFC (R), USA