Case 1:25-cv-00154-ADA     Document 34-8     Filed 05/05/25     Page 1 of 3

AUS - Wrongful Termination Bullying and Harrasment of Disabled Veteran (Kentrez Grant)

From: Kentrez Grant (kentrez_78@yahoo.com)

To: michelle.harris@delta.com

Cc: Sheilacollins757@gmail.com; joanne.smith@delta.com; kentrez_78@yahoo.com; sheilacollins757@gmail.com; Glen.W.Hauenstein@delta.com; hussein.berry@delta.com; mike.spanos@delta.com; leasing@sunroomrentals.com; danielle.kruit@delta.com

Date: Friday, September 27, 2024 at 08:43 PM CDT

Good Evening/Morning,

I am using this email to appeal the decision to terminate me for the slandering remarks made by Jose Linares and any other Delta employee. I appeal and wish to inform all of the lack of information being provided for the actual reason of termination with substance. I have not received any written documentation of an allegation nor supporting documents to prove an investigation took place. I ask that video of the Ramps operations office for August 16, 2024 and all video footage during my employment be really available for litigation purposes.

I am retired SFC Kentrez A. Grant. I was hired on May 23, 2024 at an interview in Austin TX. I moved my family from El Paso, TX to Austin for the position of a Ramp Agent to later transition to the Aviation Maintenance Department. I informed all to include Dennis Garza of hopefully getting that opportunity during orientation. I have over 20 years of Aviation Maintenance experience and wanted to transition into that department within Delta.

I informed an agent , Jose Linares, of my medical history during training and informed leadership as well of the concerns and needs for accomodations. Jose Linares, Christopher Joseph (Never worked with me before August 16, 2024) , Brandon Cummings (my actual Supervisor up to the day I was put on non paid Leave of Absence August 16, 2024 by Christopher Joseph), and Olive Brown. Jose Linares took it upon himself to spread information about my medical history without my consent and fabricated lies to make others feel unsafe with me working at Delta. I walked in on comments being made about me operating vehicles by Jose Linares and felt humiliated. The personnel began to wrongly harras and antagonize me about every little thing to get a response.

I filed an EEOC complaint in July 2024. I informed Brandon Cummings and Ms. Olive Brown during the Inquiry of the slandering remarks given by Jose Linares.

During my employment I have always came to work early and stayed over as much as possible when needed. I paid over $40 of personal monies during the online system outage to assist in operation procedures to alleviate losses on behalf of Delta Airlines. I have always given the utmost courtesy, respect, and concern to customers and all employees of the AUS to include Delta Airlines employees.

I was abused, humiliated, ridiculed, and outright disrespected on numerous occasions to include by Janet Montey and her son, William Mann. Everyone is adamant to speak about policies, but I want terminated until I addressed Janet Montey son who disrespected me and said I'm asking stupid/dumb questions. It really wasn't, May have been beyond his understanding of Aviation logbooks or Maintenance Data.

I do not wish to be terminated over any and all fabricated information wrongfully provided against me. I wish to inform all as a disabled service member I am suffering from many issues that are being amplified by the maltreatment I have received throughout my small tenure as a Delta Airlines Employee.

There needs to be a department that actually understand laws and guidelines pertaining to veterans. The department needs to interact with HR and location site leadership.  The leadership that have been involved with me and my situation do not understand the necessities of veterans nor the legal obligations involved with hiring disabled veterans. Making up lies to get a person terminated may work with those that lack the resources for a lawyer. It becomes a liability when the veteran does have the resources and lack trust in the leaders to do the right thing.

The day of my MANDATORY LEAVE OF ABSENCE was
August 16, 2024. The day Janet Montey's son had the audacity to me, a person that has actually troubleshot aircraft navigation systems, was an instructor and training developer for Aviation Maintenance for over 20 years,  I'm asking stupid/dumb questions.

Does Delta have a Nepotism policy?  I'm sure with a video from camera in operation office, they would see her working and lounging below wing. She tends to be around whenever I had issues. This is a fact that should be supported with video footage. This definitely causes unneeded issues in the workplace. Giving undeserved toxic power to, William Mann, Janet's son. She told me that he was her son. I do not know what they are to each other but William Mann called her mom.

I was informed by Christopher Joseph to file this appeal or send an acceptance of termination within 24 hours... well he addressed timeline to accept the termination within 24 hours. No timeline was given for the appeal.

Respectfully,


Kentrez Grant
(254) 458-9661
Kentrez_78@yahoo.com