# Exhibit I

# Molly Harris Managing ACS Director Email Date August 19, 2024

### Re: [EXTERNAL] Re: Issues at AUS STATION (KENTREZ GRANT) No Access to the Delta Server

| | |
|---|---|
| From: | Harris, Molly R (molly.harris@delta.com) |
| To: | kentrez_78@yahoo.com |
| Cc: | danielle.kruit@delta.com; michelle.harris@delta.com |
| Date: | Monday, August 19, 2024 at 11:22 AM CDT |

Mr. Grant - that is the standard practice and the HR team is aware of your concerns. We have your contact information and will ensure any additional follow up is addressed properly.

I'd like to request that we limit correspondence for now to my email and the HR leaders included on this email. I'll continue to keep senior leaders appraised of the case but would ask that we spare their inbox for now, if possible.

We will be in touch soon.

> On Aug 19, 2024, at 11:26 AM, Kentrez Grant <kentrez_78@yahoo.com> wrote:
>
> Ms. Harris,
>
> I am sending this to inform you that I have had my access to the Delta servers removed. So if someone send me information on Delta, coincidentally my access has been restricted. I can not respond or inform anyone of anything in the Delta server.
>
> Thank you for your time.
>
> Kentrez Grant
> SFC (R), USA



