Exhibit J
Plaintiff Corresponcence
FOIA Request



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

April 14, 2025

Mr. Kentrez Grant
Sent via e-mail.

Dear Mr. Grant:

The Office of the Attorney General (the "OAG") has received your correspondence and assigned your request for assistance ID# OR-25-008285-IC (Reference No. C254810-021025, Z011810-020825).

The governmental body has submitted to this office the enclosed letter certifying it has conducted a good faith search of information it owns, controls, or has a right of access to, and has found no information responsive to your public information request. When a governmental body represents to this office that it has no information responsive to a public information request, we must accept its statement. Under the Act, the enforcement authority of the OAG does not include on-site inspections of records held by another governmental office. Accordingly, we will close our file on this matter.

Should you have any questions regarding this letter, please call the Open Government Hotline at (877) 673-6839.

Enc.    Submitted documentation

c:      Governmental Body

# PUBLIC INFORMATION ACT REQUEST CERTIFICATION FROM GOVERNMENTAL BODY
RE: OAG ID# OR-25-008285-IC

*Please complete this form to indicate the manner in which the referenced request will be or has been answered. Include your signature and date.*

I am the officer of public information, or the authorized representative, for the following governmental body (the "governmental body"): City of Austin                                                                                           .

I am aware of a public information request to the governmental body from the requestor (the "requestor"): kentrez_78@yahoo.com                                                                                           .

*Please initial the certification that applies.*

_____ I certify the governmental body has made available to the requestor all existing responsive information that this governmental body owns, controls, or has a right of access to.

___DD_____ I certify the governmental body has conducted a good faith search of information that this governmental body owns, controls, or has a right of access to, and has found no such information that is responsive to the requestor's public information request.

_____ I certify the governmental body has supplied the requestor all existing responsive information for which the governmental body is not claiming an exception, and has requested an attorney general's decision regarding the responsive information the governmental body believes is excepted from disclosure.

Public Information Officer, or Authorized Representative

*Dan Davis*                                                  4.10.2025
Signature                                                       Date


Dan Davis                                                       PIR Manager
Printed Name                                              Title