UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **KENTREZ GRANT** § § § | |
| **Plaintiff,** § § § | |
| -vs- § § § | Case No.: 1:25-CV-00154RP |
| **DELTA AIR LINES, INC.,** § § § | |
| **Defendant.** § § | |

**PLAINTIFF'S -MOTION for CLARIFICATION**

COMES NOW, the Plaintiff, KENTREZ GRANT, Requesting clarification from the Court on the status of the publishing of a Scheduling Order. The Plaintiff and the Defendant filed Proposed Scheduling Orders on April 25, 2025. The Court afforded the Plaintiff an Opportunity to file a 2nd Amended Complaint. Mr. Grant filed the 2nd Amended Complaint on May 5, 2025. Due to unforeseen issues, the Plaintiff filed as a Notice of the intended original filing with verification. Mr. Grant noticed issues with the party titles on ECF No. 28 and the case number on ECF No. 30. The Plaintiff needs clarification on the changes of the Court assignment and titles. The Plaintiff is also requesting the clarification on the necessity of the Court to publish the Scheduling Order.

Dated: **May 13, 2025**                                                                 Respectfully Submitted,

/s/ *KENTREZ GRANT*
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone: (254) 458-9661
kentrez_78@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on **May 13, 2025**, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court, Western District of Texas, and electronically served same using the Case Management/Electronic Case Filing (CM/ECF) system of the Court. I further certify that a true and correct copy of the foregoing was served upon ATTORNEYS FOR DEFENDANT DELTA AIR LINES, INC.:

Celeste R. Yeager at email cyeager@littler.com and Josh K. Ordiway at jordiway@littler.com and mailed via USPS at:

LITTLER MENDELSON, P.C.

2001 Ross Avenue, Suite 1500

Dallas, TX 75201

 /s/ *KENTREZ GRANT*
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone:(254)458-9661
kentrez_78@yahoo.com