UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **KENTREZ GRANT** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| -vs- § | | Case No.: 1:25-CV-00154ADA |
| § | | |
| **DELTA AIR LINES, INC.,** § | | |
| § | | |
| **Defendant.** § | | |

**PLAINTIFF'S : ADDITIONAL DISCLOSURES**

  COMES NOW, the Plaintiff, KENTREZ GRANT, providing the Plaintiff's Additional Disclosures:

**Custodians of the Plaintiff's Employment and Medical Records**

**1. United States Army- (Employment and Medical Records)**

   U.S. Army Human Resources Command
   ATTN:  AHRC-PDR-H
   1600 Spearhead Division Avenue, Department 420
   Ft Knox, KY 40122-5402
   email: www.askhrc.army@us.army.mil
   1-888-ARMYHRC (1-888-276-9472

**2. United States Marine Corps -**

   **A. Personnel Records (Employment)**
      Headquarters, U.S. Marine Corps Manpower Management Performance Branch (MMPB-21) 2008 Elliot Road Quantico, VA 22134-5030
      SMB.MANPOWER.MMRP-10@usmc.mil https://milconnect.dmd

   **B. Medical Records**
      Department of Veterans Affairs ATTN: Release of Information Claims Intake Center
      P.O. Box 4444 Janesville, WI 53547-4444
      Fax: 844-531-7818
      https://www.va.gov

Dated: **May 21, 2025**                                         Respectfully Submitted,

/s/ KENTREZ GRANT
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone: (254) 458-9661
kentrez_78@yahoo.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on **May 21, 2025**, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court, Western District of Texas, and electronically served same using the Case Management/Electronic Case Filing (CM/ECF) system of the Court. I further certify that a true and correct copy of the foregoing was served upon ATTORNEYS FOR DEFENDANT DELTA AIR LINES, INC.:

Celeste R. Yeager at email cyeager@littler.com and Josh K. Ordiway at jordiway@littler.com and mailed via USPS at:

LITTLER MENDELSON, P.C.

2001 Ross Avenue, Suite 1500

Dallas, TX 75201

     /s/ *KENTREZ GRANT*
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone:(254)458-9661
kentrez_78@yahoo.com