Kentrez Grant v. Delta Air Lines || Defendant's Initial Disclosures

| | |
|---|---|
| From: | Weekes, Aleksandr (aweekes@littler.com) |
| To: | kentrez_78@yahoo.com |
| Cc: | CYeager@littler.com; JOrdiway@littler.com; DPate@littler.com; IYork@littler.com |
| Date: | Thursday, April 10, 2025 at 05:13 PM CDT |

**SENT ON BEHALF OF JOSH ORDIWAY**

Mr. Grant,

Attached is Defendant's Initial Disclosures.

Should you have any questions, please do not hesitate to contact Mr. Ordiway.

Thank you.

**Aleksandr Weekes**
Attorney Practice Coordinator
737.289.7702 direct, 816.807.7586 mobile
AWeekes@littler.com

Pronouns: He/Him



Labor & Employment Law Solutions | Local Everywhere
100 Congress Avenue, Suite 1400, Austin, TX 78701

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.



2025-04-10 Delta Grant - Defendant's Initial Disclosures.pdf
138.2kB