RE: Kentrez Grant vs. Delta Air Lines, Inc. Proposed 26(f) Report and Scheduling Order

From:   Ordiway, Josh (jordiway@littler.com)

To:     kentrez_78@yahoo.com

Cc:     sheilacollins757@gmail.com

Date:   Monday, April 7, 2025 at 03:56 PM CDT

Mr. Grant,

Thanks for your email.  I have addressed each of the pending items below.

**Initial Disclosures:**  The Federal Rules of Civil Procedure (FRCP) provide that the parties can agree or stipulate to a date on which to exchange initial disclosures. If we cannot agree on a date, then the rules provide that the initial disclosures are due 2 weeks after the parties' Rule 26(f) conference. *See* FRCP 26(a)(1)(C) ("*Time for Initial Disclosures—In General.* A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference **unless a different time is set by stipulation** or court order . . .) (emphasis added). During our March 27 Rule 26(f) conference, I asked you to agree to wait to exchange initial disclosures until after the Court ruled on the pending Partial Motion to Dismiss, so that we would know exactly what claims were subject to litigation. I understand you did not agree to that proposal. I have now asked for us to agree to exchange initial disclosures on April 17, 2025, due to my schedule and other work obligations. If you do not want to agree to that date, then we must provide each other initial disclosures by April 10, 2025, which will be 2 weeks after our Rule 26(f) conference held on March 27, 2025. Please let me know whether you agree (or not) to my proposal to exchange initial disclosures on **April 17, 2025**. If you do not wish to provide the courtesy of agreeing to April 17, 2025, then we will exchange our initial disclosures on April 10, 2025. Regarding the content of the parties' initial disclosures, that is dictated by FRCP 26(a)(1)(A).

**Proposed Scheduling Order (PSO):**  The Local Rules for the United States District Court for the Western District of Texas (LRWD) require that the parties submit a PSO 60 days after Delta made its appearance in this lawsuit, which was February 24, 2025; therefore, the deadline for the parties to submit a PSO is **April 25, 2025**. *See* Local Rule CV-16(c) ("Not later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court in the form described in subdivision (a). The parties first shall confer as required by Rule 26(f)."). Further, each Federal District Judge has Judge-specific rules that we must follow. The proposed scheduling order I sent to you (and attach again to this email) follows Judge Albright's template. The LRWD further provide that if we are unable to agree, we can provide the court with each party's proposal. *See* Local Rule CV-16(c) ("The parties shall endeavor to agree concerning the contents of the proposed order, but in the event they are unable to do so, each party's position and the reasons for the disagreement shall be included in the

proposed schedule submitted to the court."). Therefore, please review the attached draft PSO, which was sent to you on March 28, 2025, and if you disagree with any dates, please make a specific date counter-proposal (not a date range), and provide the reason for your disagreement so that I can review to determine (i) if we can agree to your proposal or (ii) whether each party's proposal and reason for the disagreement must be included in the PSO.

**Rule 26(f) Conference Report:** FRCP(f)(2) requires the parties to file a Rule 26(f) Conference Report 14 days after the Rule 26(f) conference, and the LRWD provide Appendix N as the form for such report. *See* FRCP(f)(2)(requiring the parties to submit a written report outlining the discovery plan within 14 days of the parties' conference); Local Rule CV-16(d)( Filing a report that substantially conforms to Appendix N satisfies the provisions of Rule 26(f)). Therefore, the Rule 26(f) Conference Report in the format of Appendix N is due **April 10, 2025**. I prepared the attached draft of the Parties' Rule 26(f) Joint Report to comply with the FRCP and LRWD requirements and sent it for your review on March 28, 2025, the day after our conference. Please review and if you have any specific edits or disagreements, please provide your specific alternative language to be included in the joint report. If we cannot reach an agreement, we can file separate reports regarding the Rule 26(f) conference on or by the deadline. If we cannot reach an agreement, the attached draft is what Delta will file as "Defendant's" Rule 26(f) Report (rather than "the Parties'" Rule 26(f) Joint Report).

I look forward to hearing from you on each of these pending items.

Thank you,
Josh

**Josh Ordiway**
Attorney at Law
512.982.7256 direct, 737.977.4962 mobile
JOrdiway@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
100 Congress Avenue, Suite 1400, Austin, TX 78701

---------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to

receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

> **From:** Kentrez Grant <kentrez_78@yahoo.com>
> **Sent:** Friday, April 4, 2025 10:05 PM
> **To:** Ordiway, Josh <JOrdiway@littler.com>
> **Cc:** Sheilacollins757 <sheilacollins757@gmail.com>; Yeager, Celeste <CYeager@littler.com>
> **Subject:** Re: Kentrez Grant vs. Delta Air Lines, Inc. Proposed 26(f) Report and Scheduling Order
>
> Mr. Ordiway,
>
> Thank you, but I'm the one seeking relief and if the documents are not filed by April 10, 2025. I believe I can be sanctioned and that's what I want to alleviate.  As you stated, " i work for Delta Mr. Grant" so God forbid, if something accidentally is not filed on the due date of April 10, 2024. The disclosures i assumed were entailed of the 26 report.
>
> I really hope we can agree... I'm the plaintiff and I have the burden. I need cooperation from your client. These emails I assume are not the actual 26 (f)  and I definitely was trying to get info on March 27, 2025 and I think you assumed the case was already dismissed or about to be dismissed. You stated, no need for the exchange of the info for the initial disclosure until starting discovery after a ruling on the dismissals and that took place a whole ago. I assumed you would at least gather the info on the Delta witnesses..I had submitted with the initial complaint.
>
> I don't want to seem disrespectful.
>
> Maybe a shareholder or someone else handles the case at a different level... which is why I try to include Ms Yeager. To mitigate issues.
>
> I definitely want to agree, but we did not agree at the confer and that was not what I wanted.  So I will submit all necessary if we can not have all agreed drafts to me by the 8th at least with what's asked for in this email...we can

always improve in the discovery phase in assuming.

I have been actually gathering details for what I have in possession that has not been released and to request again. Before mandatorily requesting the info...

I definitely need any and all documents pertaining to my employment, any accidents or reported aircraft damage by Air Craft Lead Agents, or any other BW personnel during June 2024 to October 2024. Terminations from Austin Station from June 2024 to April 3, 2025. I need contact info for Mr.Ricky Station Manager before June 2024. Delta personnel had weird comments about him and he was why Mr. Garza was there.

To assist in the process, the main things I wanted before you wanted to end the confer, was contact info for Delta witnesses, preservation of Delta records to idle HR Records, assistance ensuring footage of Delta areas the building and on the Ramp to include baggage areas/return baggage area videos. I wanted to go in detail on this to ensure you'd understand the request and that's when you wanted to end the confer and just fill in blanks on the report template.

Thank you for your time.

Respectfully,

Kentrez Grant

SFC (Ret.), USA

PH: (254) 458-9661

Email: kentrez_78@yahoo.com

Although He slay me...yet will I trust Him

Yahoo Mail: Search, Organize, Conquer

On Mon, Mar 31, 2025 at 11:57 AM, Kentrez Grant

<kentrez_78@yahoo.com> wrote:

Good Morning Mr. Ordiway,

After reviewing the documents and filing the Motion To Recuse and Disqualify, it appears there are issues of the venue possibly. I sent the email this morning in regards to the method to create the documents to the deputy of the Honorable Alan D. Albright.

I am suggesting the timelines reflect based on the period an actual Scheduling Order is emplaced not a perceived date to alleviate confusion. For example  ON or before 30 Days of Scheduling Order. This ensures no injury to either party and mitigates the needs for amendments.

Attached is my Proposed Scheduling Order Format. I would simply insert the highlighted time requirements "(.....SO) in the appropriate locations. I am still gathering info for the 26(f) report.

My apologies for the inconvenience.

Thank you for your time.

Respectfully,

Kentrez Grant

SFC (Ret.), USA

PH: (254) 458-9661

Email: kentrez_78@yahoo.com

Although He slay me...yet will I trust Him



Grant v. Delta - Parties' Rule 26(f) Joint Report 4914-2602-7566 2.docx
29.5 KB



Grant v. Delta - Proposed Scheduling Order 4907-7499-6526 4.docx
26.7 KB