IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **KENTREZ GRANT** <br><br> **Plaintiff,** <br><br> -vs- <br><br> **DELTA AIR LINES, INC.,** <br><br> **Defendant.** | § § § § § § § § § § § § § | Case No.: 1:25-CV-00154ADA |

**NOTICE:**
**PLAINTIFF and DEFENDANT'S COUNSEL CONFERENCE**
**SCHEDULED for JUNE 25, 2025**

PLEASE TAKE NOTICE: the Plaintiff, KENTREZ GRANT, has sought the Procurement of Documents and Interrogatories (ECF No. 39) on May 21, 2025. Mr. Grant also filed a Motion to Compel (ECF No. 40) due to Delta Air Lines, Inc. not providing initial disclosures. Delta Air Lines, Inc. has yet to disclose the required information and documents for initial disclosures. Excuses for expenses of documents or digital information that should have been easily procured are being used to infringe upon Mr. Grant's ability to gather facts for this case. A conference is scheduled with the defendant's Counsel to discuss issues with the lack of cooperation for initial disclosures and the requested documents and interrogatories over 30 days ago. Delta's counsel conceded to the fact the verification for statements (Attached Exhibit C at p.2) is not within the guidelines and rules of the Court and wanted an opportunity to address matters of discovery and more time. For transparency for the Court, attached to this document are the supporting documents for this notice: Exhibit A (*Email dated Email dated Fri, Jun 20 at 1012 AM Defendants Obj and Response to Plaintiff's Req Pro and Interco*); Exhibit B (*Defendant's Objections and Response to Plaintiff's Request for Production of Documentation and Interrogatories*); and Exhibit C *(Emails Dated from June 20, 2025 to June 24, 2025 Conference*

*Scheduling)* at Exhibit C p. 3 on June 20, 2025 the Plaintiff address issues of the responses from Delta Air Lines, Inc. and is provided as continuity and transparency for the Court.

Dated: **June 25, 2025**                                                                                  Respectfully Submitted,

/s/ <u>*KENTREZ GRANT*</u>
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone: (254) 458-9661
kentrez_78@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 25, 2025**, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court, Western District of Texas, and electronically served same using the Case Management/Electronic Case Filing (CM/ECF) system of the Court. I further certify that a true and correct copy of the foregoing was served upon ATTORNEYS FOR DEFENDANT DELTA AIR LINES, INC.:

Celeste R. Yeager at email cyeager@littler.com and Josh K. Ordiway at jordiway@littler.com and mailed via USPS at:

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

/s/ *KENTREZ GRANT*
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone:(254)458-9661
kentrez_78@yahoo.com