# Kentrez Grant v. Delta Air Lines || Defendant's Discovery Responses

| | |
|---|---|
| From: | Pate, D'Ann (dpate@littler.com) |
| To: | kentrez_78@yahoo.com |
| Cc: | cyeager@littler.com; jordiway@littler.com; smcneely@littler.com |
| Date: | Friday, June 20, 2025 at 10:12 AM CDT |

**SENT ON BEHALF OF JOSH ORDIWAY**

Mr. Grant,

Attached is Defendant's Objections and Responses to Plaintiff's First Requests for Production of Documentation and Interrogatories.  A copy will follow by regular mail.

Should you have any questions, please do not hesitate to contact Mr. Ordiway.

Thank you.

**D'Ann Pate**
**Attorney Practice Coordinator**
+1 512.982.7257 direct, +1 816.621.1282 mobile
100 Congress Avenue, Suite 1400, Austin, TX 78701
DPate@littler.com



**Labor & Employment Law Solutions**
**LOCAL EVERYWHERE**

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


2025-06-20 Delta-Grant - Defendant's Objections & Responses to Plaintiff's 1st RFPs & Rogs 4910-6713-0959 1.pdf
225.6 KB


2025-06-20 Delta-Grant - Defendant's Objections & Responses to Plaintiff's 1st RFPs & Rogs 4910-6713-0959 1.pdf
225.6 KB