**RE: Kentrez Grant v. Delta Air Lines || Defendant's Discovery Responses**

From: Ordiway, Josh (jordiway@littler.com)
To: kentrez_78@yahoo.com
Cc: sheilacollins757@gmail.com; cyeager@littler.com
Date: Tuesday, June 24, 2025 at 02:13 PM CDT

Mr. Grant,

I am having a hard time following. My understanding is that you have grievances with Delta's discovery responses. As mentioned, we will furnish revised responses that include a witness verification.

Rather than trade endless emails, a phone call where we discuss your grievances, point by point, seems most efficient. I am not available tomorrow at 9am, but 9:30am works great for me. Please let me know if you would like to move forward with a call. If you don't want to have a call, then please explain how each of Delta's discovery responses fails to comply with the Federal Rules of Civil Procedure.

Best,
Josh

**Josh Ordiway**
**Attorney at Law**
+1 512.982.7256 direct
100 Congress Avenue, Suite 1400, Austin, TX 78701
JOrdiway@littler.com



**From:** Kentrez Grant <kentrez_78@yahoo.com>
**Sent:** Tuesday, June 24, 2025 11:38 AM
**To:** Kentrez Grant <kentrez_78@yahoo.com>; Ordiway, Josh <JOrdiway@littler.com>
**Cc:** Sheilacollins757 <sheilacollins757@gmail.com>; Yeager, Celeste <CYeager@littler.com>
**Subject:** RE: Kentrez Grant v. Delta Air Lines || Defendant's Discovery Responses

Mr. Ordiway,

I just thought about the trend of issues. We can talk but i really prefer email. It provides transparency and we can speak when necessary to address issues with things in light to request and clarification.

There is a dire need to prove issues and time delays. My allegations are always alleged and anyone that oppose me statements be considered facts. That's the reason and purpose i assume for impeachable evidence. It is much needed in a society known to have a history of oppressive biases.

So even if phone calls can't be made...emails can be sent anytime of day to avoid sanctions or any other adverse actions.

Thank you for your time. Be Blessed.


Respectfully,


Kentrez Grant
SFC (Ret.), USA
PH: (254) 458-9661
Email: kentrez_78@yahoo.com

Although He slay me...yet will I trust Him

Yahoo Mail: Search, Organize, Conquer

On Tue, Jun 24, 2025 at 10:16 AM, Kentrez Grant
<kentrez_78@yahoo.com> wrote:

> Mr. Ordiway,
>
> I would like the phone call Tomorrow at 0900 am. I can't allow the time changing and other actions that came up that allowed the Court to switch the case to the Hon A.D. Albright. So, I hope you understand. I have to ensure some form of transparency for the Court. Just in case for some odd reason Judges are not aware and things can be addressed appropriately. I am trying to be reasonable in response to the lack of cooperation and plethora of coincidences that are only damaging to me, the plaintiff and never both parties. Just doesn't make sense with a Court to function in this manner legally.
>
> I ask you to discuss filing any necessary documents with your client as a sign of good faith of not wrongfully delaying this case by COB today, June 24, 2025. The document will need to be filed by COB, today, if applicable. This is roughly 60 days from the date of filing the Proposed Scheduling Orders. I will be needing to address this coincidence.
>
> I have been trying to be cooperative and empathetic to the possible lack of cooperation from your client. It is starting to look deliberate and intentional, which would need to be addressed, if said request is not completed by COB today. There has been ample time for law professionals to communicate and get information. The opposing party is not financially burdened to simply release digital information. Wrongfully not answering specific questions for Date and timeline of supervisors appears inconspicuous. Insurance Information and other things that were suppose to be properly disclosed to include last documented witness info for the Court. The need for required info of your client's employees to receive subpoenas is not asking too much.
>
> Thank you for your time. Be Blessed.
>
>
> Respectfully,
>
>
> Kentrez Grant
> SFC (Ret.), USA
> PH: (254) 458-9661
> Email: kentrez_78@yahoo.com
>
> Although He slay me...yet will I trust Him
>
> Yahoo Mail: Search, Organize, Conquer
>
>
> On Tue, Jun 24, 2025 at 9:07 AM, Ordiway, Josh
> <JOrdiway@littler.com> wrote:
>
>> Mr. Grant,
>>
>> We will serve amended responses that contain a witness verification per the federal rules. Please give us a few days to put that together.
>>
>> As for your other concerns, I think a phone call would be most productive. I'm tied up today, but I have good availably tomorrow and Thursday. Please let me know what times work for you.
>>
>> Best,
>> Josh
>>
>> **Josh Ordiway**
>> **Attorney at Law**
>> +1 512.982.7256 direct
>> 100 Congress Avenue, Suite 1400, Austin, TX 78701
>> JOrdiway@littler.com



**From:** Ordiway, Josh
**Sent:** Monday, June 23, 2025 10:39 AM
**To:** Kentrez Grant <kentrez_78@yahoo.com>
**Cc:** Sheilacollins757 <sheilacollins757@gmail.com>; Yeager, Celeste <CYeager@littler.com>
**Subject:** RE: Kentrez Grant v. Delta Air Lines || Defendant's Discovery Responses

Mr. Grant,

Just confirming receipt of your email below. I will follow up with you shortly.

Best,
Josh

**Josh Ordiway**
**Attorney at Law**
+1 512.982.7256 direct
100 Congress Avenue, Suite 1400, Austin, TX 78701
JOrdiway@littler.com



**From:** Kentrez Grant <kentrez_78@yahoo.com>
**Sent:** Friday, June 20, 2025 4:47 PM
**To:** Ordiway, Josh <JOrdiway@littler.com>
**Cc:** Sheilacollins757 <sheilacollins757@gmail.com>; Yeager, Celeste <CYeager@littler.com>; Kentrez Grant <kentrez_78@yahoo.com>
**Subject:** Re: Kentrez Grant v. Delta Air Lines || Defendant's Discovery Responses

Hello Mr. Ordiway,

I've reviewed the responses and noticed many vague statements without any form of accountability. I will need a signature from someone representing your Defendant for penalty of perjury for statements. The responses are copy and paste. For impeachment purposes, the Court will need accountability as outlined in the motion to procure and interrogatories. This response is submitted in the same manner as the initial disclosures, which will lead to another motion to compel the requested documents. The requested information is not out of the control or possession of your client's employees or vendors of the Defendant. The Defendant created the EthicsPoint Account and has the password. The necessity for information is to prove the allegation of discriminatory actions which are prevalent. What reason does your client have to believe all the personnel it has taken the word of above Mr. Grant? There is the consistency of the personnel speaking on behalf of your defendant not belonging to the protected classes of the plaintiff. Why are there no actual dates and timelines for facts? Christopher Joseph's timeline as the supervisor is important to any Court that does not posses a bias against the Plaintiff. I do not possess a Juris Doctorate but the facts are pretty obvious.

Now to alleviate confusion it can simply be stated whether your client, client's employees, or client's vendors destroyed evidence. for example deleted all emails. Deleted aircraft accident reports.

All responses need some form of declaration to maintain accountability. Statements or allegations need someone to say I made this statement and the reason for the statement.

I never received any email or phone call to clarify or simplify any portion of the request. These actions and deliberate attempts to avoid disclosures prove the lack of cooperation.

I will create a more appropriate response, but for contingency, transparency, and a sense of urgency, I am sending this email.

The policy for Ramp duties may include things Mr. Grant implemented in his routines while performing his duties. Which will definitely prove a positive impact in the work environment. They are on digits and need to be documented or declared to ensure transparency.

Thank you for your time. Be Blessed.

Respectfully,

Kentrez Grant
SFC (Ret.), USA
PH: (254) 458-9661
Email: kentrez_78@yahoo.com

Although He slay me...yet will I trust Him

On Friday, June 20, 2025 at 10:12:29 AM CDT, Pate, D'Ann <dpate@littler.com> wrote:

**SENT ON BEHALF OF JOSH ORDIWAY**

Mr. Grant,

Attached is Defendant's Objections and Responses to Plaintiff's First Requests for Production of Documentation and Interrogatories. A copy will follow by regular mail.

Should you have any questions, please do not hesitate to contact Mr. Ordiway.

Thank you.

**D'Ann Pate**
**Attorney Practice Coordinator**
+1 512.982.7257 direct, +1 816.621.1282 mobile
100 Congress Avenue, Suite 1400, Austin, TX 78701
DPate@littler.com



# Labor & Employment Law Solutions
## LOCAL EVERYWHERE

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.