UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **KENTREZ GRANT,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. A-25-CV-00154-ADA |
| **DELTA AIR LINES, INC.,** | § § § | |
| Defendant. | § § § | |

### ORDER CLARIFYING THE COURT'S ORDER
### REGARDING DEFENDANT'S PARTIAL MOTION TO DISMISS

On April 21, 2025, the Court resolved Defendant's Partial Motion to Dismiss. ECF No. 28. The substance of the Order determined that Plaintiff had failed to state a claim for (1) disparate treatment under Title VII, (2) hostile work environment under Title VII, (3) disparate treatment under the ADA, (4) failure to accommodate under the Americans with Disabilities Act ("ADA"), and (5) hostile work environment under the ADA. *See id.* While Defendant requested the dismissal be with prejudice, the Court afforded Plaintiff one last opportunity to file an amended complaint. *Id.* at 11. Accordingly, the Court's Order granted-in-part and denied-in-part Defendant's Partial Motion to Dismiss. The Court's Order mistakenly states that Defendant's Partial Motion to Dismiss was simply denied.

The Clerk of Court is therefore **ORDERED** to amend the docket entry for the Court's April 21, 2025 Order to reflect that Defendant's Partial Motion to Dismiss was **GRANTED-IN-PART and DENIED-IN-PART**.

To clarify, this Order does not change the substance of the Court's Order regarding Defendant's Partial Motion to Dismiss (ECF No. 28). Plaintiff has already filed his amended

2

complaint in compliance with the Court's April 21, 2025 Order (*see* ECF Nos. 34, 35), and Defendant has filed a Third Motion to Dismiss in response (ECF No. 37). Rather, this Order simply clarifies the record. It does not authorize filing of another amended complaint or a subsequent motion to dismiss.

**SIGNED** this 26th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE