Follow-up Posting on Prior Report Submission

From:   EthicsPoint (noreply@navexglobal.com)

To:     kentrez_78@yahoo.com

Date:   Thursday, April 17, 2025 at 01:08 PM CDT


***THIS IS AN AUTOMATED MESSAGE FROM ETHICSPOINT DISPATCH - PLEASE DO NOT REPLY***

Kentrez Grant:

The organization has submitted an update to the report you submitted with the report key: 611523383501

You should proceed to https://secure.ethicspoint.com/domain/en/login.asp and enter your report key and password to view the posting.

This is a system-generated email. If you would like to be unsubscribed, please contact your administrator.
NAVEX reference: 9de65088-87ac-4b21-8cff-14811fc3dfd3

*************** CONFIDENTIALITY NOTICE ***************
This e-mail and any attachments may contain private, confidential, and privileged information for the sole use of the intended recipient. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please contact the sender at NAVEX, keep the contents confidential and immediately delete the message and any attachments from your system.
******************************************************