AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albright, Alan D. | United States District Court | 05/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

800 Franklin
Waco Texas 76701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Waco Inn of Court |
| 2. | member | Texas Bar Foundation |
| 3. | member | American Bar Foundation |
| 4. | Member | American College of Trial Lawyers |
| 5. | Member | Austin IP Inn of Court |
| 6. | Member | American Board of Trial Attorneys |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 15 | Albright, Alan D. | 05/09/2019 |

3.

| FINANCIAL DISCLOSURE REPORT<br>Page 3 of 15 | Name of Person Reporting<br>Albright, Alan D. | Date of Report<br>05/09/2019 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

**A. Filer's Non-Investment Income**

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. June - December 2020 | Ascension Health Ministry |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 15 | Albright, Alan D. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 5 of 15 | Name of Person Reporting<br>Albright, Alan D. | Date of Report<br>05/09/2019 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. ISHARES MSCI EAFE ETF | A | Div | L | T | | | | | |
| 2. ISHARES CORE MSCI EAFE ETF | B | Div | M | T | | | | | |
| 3. ISHARES CORE MSCI EMERGING MARKETS ETF | B | Div | M | T | Sold (part) | 3/23/20 | | | |
| 4. SCHWAB US BROAD MKT ETF | A | Div | K | T | Sold (part) | 6/10/20 | | D | |
| 5. SPDR PORTFOLIO S&P 400 MID CAP ETF | | | K | T | | | | | |
| 6. VANGUARD TOTAL STOCK MKT ETF | B | Div | N | T | Sold (part) | 4/28/20 | | B | |
| 7. INVESCO EMERGING MARKETS SOVEREIGN DEBT ETF | A | Div | K | T | Sold (part) | 1/24/20 | | A | |
| 8. ISHARES BROAD USD INVT GRADE CORPORATE BOND ETF | A | Div | K | T | Sold (part) | 8/21/20 | | A | |
| 9. SPDR PORTFOLIO LONG TERM TREAS ETF TREAS ETF | A | Div | K | T | | | | | |
| 10. ISHARES US TREASURY BOND EFT | | | | | Sold | 4/28/20 | | C | |
| 11. BRIDGEWAY AGGRESSIVE INVESTORS 1 | A | Div | L | T | | | | | |
| 12. ARTISAN GLOBAL OPPORTUNITIES FUND ADVISOR SHARES | | | L | T | Sold (part) | 2/21/20 | | A | |
| 13. THE BOND FUND OF AMERICA CLASS F-2 | A | Div | K | T | | | | | |
| 14. COHEN & STEERS PREFERRED SECURITIES INCOME FUND CLASS I | A | Div | K | T | | | | | |
| 15. DODGE & COX INTERNATIONAL FUND | A | Div | K | T | | | | | |
| 16. EUROPACIFIC GROWTH FUND CLASS F-2 | A | Div | K | T | | | | | |
| 17. FEDERATED HERMES KAUFMANN SMALL-CAP FUND CLASS IS | | | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 15 | Name of Person Reporting<br>Albright, Alan D. | Date of Report<br>05/09/2019 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FIDELITY ADVISOR TOTAL BOND FUND CLASS I | A | Div | K | T | | | | | |
| 19. NEW WORLD FUND CLASS F-2 | A | Div | L | T | Sold (part) | 2/21/20 | | A | |
| 20. PIMCO TOTAL RETURN FUND CLASS I-2 | A | Div | K | T | | | | | |
| 21. PIMCO INCOME FUND CLASS I-2 | | | K | T | | | | | |
| 22. PRIMECAP ODYSSEY GROWTH FUND | A | Div | L | T | | | | | |
| 23. VANGUARD REIT INDEX FUND ADMIRAL SHARES | A | Div | K | T | Sold (part) | 2/21/20 | | A | |
| 24. VANGUARD EQUITY INCOME FUND ADMIRAL SHARES | A | Div | K | T | | | | | |
| 25. VANGUARD BALANCED INDEX FUND ADMIRAL SHARES | A | Div | K | T | | | | | |
| 26. VANGUARD SHORT-TERM INVESTMENT-GRADE FUND ADMIRAL SHARES | A | Div | K | T | Sold (part) | 2/17/20 | | D | |
| 27. VANGUARD LARGE CAP INDEX FUND ADMIRAL SHARES | A | Div | M | T | | | | | |
| 28. VANGUARD MID-CAP INDEX FUND ADMIRAL SHARES | A | Div | L | T | Sold (part) | 2/17/20 | | C | |
| 29. ISHARES INC MSCI GLOBAL MINIMUM VOL FACTOR ETF | A | Div | K | T | | | | | |
| 30. ISHARES TR MSCI USA MINIMUM VOLATILITY FACTOR ETF | A | Div | K | T | | | | | |
| 31. INVESCO OPPENHEIMER MARKETS FUND CLASS Y | | | | | Sold | 4/7/20 | | A | |
| 32. FIDELITY ADVISOR NEW FUND CLASS I | | | | | Sold | 2/21/20 | | D | |
| 33. FUNDAMENTAL INVESTOR 2 | | | | | Sold | 4/7/20 | | B | |
| 34. THE OAKMARK INTERNAT INVESTOR CLASS | | | | | Sold | 4/7/20 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT Page 7 of 15 | Name of Person Reporting Albright, Alan D. | Date of Report 05/09/2019 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. LOOMIS SAYLES BOND F UTIONAL CLASS | | | | | Sold | 4/7/20 | | | |
| 36. MFS INTERNATIONAL NE Y FUND CLASS I | | | | | Sold | 4/7/20 | | | |
| 37. METROPOLITAN WEST TO BOND FUND CLASS I | | | | | Sold | 2/21/20 | | B | |
| 38. T ROWE PRICE EMERGIN BOND | | | | | Sold | 2/21/20 | | | |
| 39. VAN ECK CONSTANT MAT ODITY INDEX FUND CL Y | | | | | Sold | 3/9/20 | | | |
| 40. VANGUARD EQUITY INCO MIRAL SHARES | | | | | Sold | 2/14/20 | | A | |
| 41. VANGUARD INFLATION P UND ADMIRAL SHARES | | | | | Sold | 2/21/20 | | A | |
| 42. VANGUARD SMALL-CAP I ADMIRAL SHARES | | | | | Sold | 8/25/20 | | D | |
| 43. AMERICAN MUTUAL FUND CLASS A | A | Div | K | T | Sold (part) | 8/3/20 | | A | |
| 44. EUROPACIFIC GROWTH FUND CLASS A | A | Div | L | T | Sold (part) | 8/3/20 | | A | |
| 45. THE GROWTH FUND OF AMERICA CLASS A | A | Div | L | T | Sold (part) | 8/3/20 | | B | |
| 46. LIMITED TERM TAX EXEMPT BOND FUND OF AMERICA CLASS A | | | K | T | | | | | |
| 47. THE NEW ECONOMY FUND CLASS A | A | Div | K | T | Sold (part) | 8/3/20 | | A | |
| 48. VANGUARD MID-CAP INDEX FUND ADMIRAL SHARES | | | K | T | | | | | |
| 49. VANGUARD SMALL-CAP INDEX FUND ADMIRAL SHARES | A | Div | K | T | | | | | |
| 50. NEW PERSPECTIVE FUND | | | | | Sold | 4/13/20 | | | |
| 51. WASHINGTON MUTUAL IN ND CLASS A | | | | | Sold | 4/13/20 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 15 | Albright, Alan D. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. UBS BANK USA DEP ACCT (CASH) | | | K | T | | | | | |
| 53. UBS BANK USA DEP ACCT (CASH) | | | J | T | | | | | |
| 54. NM FDIC INSURED DEPOSIT PROGRM (CASH) | A | Int | J | T | | | | | |
| 55. NM FDIC INSURED DEPOSIT PROGRM (CASH) | A | Int | K | T | | | | | |
| 56. NM FDIC INSURED DEPOSIT PROGRM (CASH) | A | Int | J | T | | | | | |
| 57. NM FDIC INSURED DEPOSIT PROGRM (CASH) | A | Int | J | T | | | | | |
| 58. NM FDIC INSURED DEPOSIT PROGRM (CASH) | A | Int | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 15 | Albright, Alan D. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT  Page 10 of 15 | Name of Person Reporting  **Albright, Alan D.** | Date of Report  05/09/2019 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A  Description of Assets  (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)  Amount Code 1  (A-H) | (2)  Type (e g , div , rent, or int ) | (1)  Value Code 2  (J-P) | (2)  Value Method Code 3  (Q-W) | (1)  Type (e g , buy, sell, redemption) | (2)  Date mm/dd/yy | (3)  Value Code 2  (J-P) | (4)  Gain Code 1  (A-H) | (5)  Identity of buyer/seller  (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A  Description of Assets  (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)  Amount Code 1 (A-H) | (2)  Type (e g, div, rent, or int) | (1)  Value Code 2 (J-P) | (2)  Value Method Code 3 (Q-W) | (1)  Type (e g, buy, sell, redemption) | (2)  Date mm/dd/yy | (3)  Value Code 2 (J-P) | (4)  Gain Code 1 (A-H) | (5)  Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 12 of 15 | Albright, Alan D. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

1 Income Gain Codes:        A =$1,000 or less           B =$1,001 - $2,500           C =$2,501 - $5,000           D =$5,001 - $15,000           E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000       G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less          K =$15,001 - $50,000         L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000      O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal                R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value               V =Other                     W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 13 of 15 | Albright, Alan D. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |

1 Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  (See Column C2)   U =Book Value   V =Other   W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 14 of 15 | Albright, Alan D. | 05/09/2019 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 15 of 15 | Albright, Alan D. | 05/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan D. Albright**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544