RE: Kentrez Grant v. Delta Air Lines, Inc.

| | |
|---|---|
| From: | Ordiway, Josh (jordiway@littler.com) |
| To: | kentrez_78@yahoo.com |
| Cc: | sheilacollins757@gmail.com; CYeager@littler.com |
| Date: | Monday, October 20, 2025 at 05:49 PM CDT |

Mr. Grant,

I can't tell what address you are using from the picture you sent. If you want to serve documents by mail, you can send them to the Dallas office at 2001 Ross Avenue, Suite 1500, Dallas, Texas 75201 or to the Denver address in my signature block.

Delta opposes a hearing on any filed motion.

Best,
Josh

**Josh Ordiway**
**Attorney at Law**
+1 512.982.7256 direct
1900 Sixteenth Street, Suite 800, Denver, CO 80202-5835
JOrdiway@littler.com



**From:** Kentrez Grant <kentrez_78@yahoo.com>
**Sent:** Monday, October 20, 2025 3:37 PM
**To:** Ordiway, Josh <JOrdiway@littler.com>
**Cc:** Sheilacollins757 <sheilacollins757@gmail.com>; Yeager, Celeste <CYeager@littler.com>
**Subject:** Kentrez Grant v. Delta Air Lines, Inc.


Hello Mr. Ordiway,


I have mailed two seperate documents since July on numerous occasions. I can't tell which document they are for due to the time line.  I assume they are the motion for reconsideration and the motion for conference/ scheduling order.


The documents keep getting forward back to me even though the address is correct.


I am also inquiring if your client oppose a hearing for dates to amend proposed dates for scheduling order.


Thank you for your time. Stay blessed


Respectfully,

Kentrez Grant

SFC (Ret.), USA

PH: (254) 458-9661

Email: kentrez_78@yahoo.com

Although He slay me...yet will I trust Him

On Sat, Aug 9, 2025 at 12:07 AM, Kentrez Grant

<kentrez_78@yahoo.com> wrote:

> Hello Mr. Ordiway,
>
> Attached is the
> PLAINTIFF'S REPLY IN SUPPORT RE: MOTION for SCHEDULING ORDER;
> CONFERENCE/ STATUS HEARING; and STAY for DISPOSITION of MOTIONS with attachments.
>
>
> Thank you for your time. Stay Blessed.
>
> Respectfully,
>
> Kentrez Grant
> SFC (Ret.), USA
> PH: (254) 458-9661
> Email: kentrez_78@yahoo.com
>
>
> Although He slay me...yet will I trust Him

------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.