IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **KENTREZ GRANT**<br><br>Plaintiff,<br><br>-vs-<br><br>**DELTA AIR LINES, INC.,**<br><br>Defendant. | § § § § § § § § § § § § § | Case No.: 1:25-CV-00154ADA |

## NOTICE:
## CORRECT TITLES AND DESCRIPTIONS OF ECF No. 49 -1 to ECF No. 49-5

     PLEASE TAKE NOTICE: the Plaintiff, KENTREZ GRANT, On **July 11, 2025,** Mr. Grant filed ECF No. 49 Plaintiff's Objection and Motion for Reconsideration of Order ECF No. 48 Clarifying Partial Motion to Dismiss filed by the Court on **June 26, 2025** (**Clarification about 2 months or more after the Judiciary Misconduct Complaint[1] submitted April 28, 2025 (gives the appearance of retaliation**) in opposition to the granted Stay of Discovery. Mr. Grant filed an Opposed **Motion to Compel Initial Disclosures (ECF No. 40)** on **May 30, 2025 (at 12:13 AM).** The Defendant, Delta, didn't file for a stay of discovery until over 15 hours later on **May 30, 2025 (at 3:29 PM)** after Mr. Grant pointed out the fact that Delta had refused to properly disclose initial disclosures since **March 27, 2025**. The title lengths for exhibits ECF No(s). (49-1 – 49-5) were too long to save, and therefore, for transparency, this notice is being filed by Mr. Grant, the Plaintiff.

___

[1]The Judiciary Misconduct Complaint against the Hon. Alan D. Albright was received at The United States Courts of Appeals Fifth Circuit on or about **April 29, 2025**, via United Parcel Services (UPS) Exhibit A. *Letter of receipt of Judicial Misconduct Complaint.* The letter of receipt was incorrectly dated for March 2, 2025, instead of **May 2, 2025**, which can be seen on the envelope below the U.S. postage date, below $000.69, upper right quadrant of the envelope, below the receipt letter. (**Clarification** was made on **June 26, 2025**, which had no bearing on the judicial misconduct complaint. However, the political memo against hiring students attached Exhibit B. *Letter to Columbia University signed by Hon. Alan D. Albright*, and the 10 or more Vanguard accounts within ECF No. 55-2 owned by the Hon. Alan D. Albright are valid reasons to file a misconduct complaint.)

| Location in Docket | Incorrect Exhibit Nomenclature | Correct Exhibit Nomenclature | Description |
|---|---|---|---|
| 49-1 | Exhibit # 1 | Exhibit # A. Email dated June 20, 2025- From Mr. Grant to Mr. Ordiway (Delta's Counsel) Re: Kentrez Grant v. Delta Air Lines Defendant's Discovery Responses about discrepancies | Email showing Mr. Grant has tirelessly attempted to cooperate with an organization that obviously lacks respect for ethics and federal laws. |
| 49-2 | Exhibit # 2 | Exhibit # B. Defendant's Objections and Responses to Plaintiff Requests | These are vague statements that show either contradictions to law or contradicting evidence already filed with the Court. |
| 49-3 | Exhibit # 3 | Exhibit # C. Email May 30 2025 12.13 AM Entry Motion to Compel | PACER E-service direct evidence of fact Mr. Grant filed his motion first and it was ignored by a Court that has said "I am an Attorney's Judge" |
| 49-4 | Exhibit # 4 | Exhibit # D. Email from Delta Counsel agreeing to correct declaration issues of conflicting witness statement. | Email showing Delta once again exercising unethical methods of agreeing to cooperate with discovery to later change their minds. |
| 49-5 | Exhibit # 5 | Exhibit # E. Pacer Service Email Delta Filed its Motion to Stay Discovery at 3.29 PM | PACER E-service direct evidence delta filed their Stay for discovery 15 hours after my motion to compel. |

Respectfully Submitted, **December 15, 2025**

/s/ KENTREZ GRANT
Kentrez Grant
(Pro Se)
4516 Burleson Rd.
#17848
Austin, TX 78744
Telephone:(254)458-9661
kentrez_78@yahoo.com

## DECLARATION

The undersigned declares under penalty of perjury that, to the best of my knowledge, the statements in the above reply are true and all disclosures filed by Kentrez Grant, with the Court since January 31, 2025 are true and are as kept in their original state except for privacy redactions if used.

Austin, Texas, this 15th day December, 2025.

_____
Kentrez Grant
(Pro Se)
Plaintiff

## TEXAS NOTARY ACKNOWLEDGMENT

State of Texas

County of TRAVIS

Before me, BALDEMAR HINOJOSA, NOTARY PUBLIC on this day personally appeared KENTREZ GRANT, known to me (or proved to me on the oath of _____ or through TEXAS DRIVER'S LICENSE to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 15 day of DECEMBER, 2025.

(seal)

_____
Notary Public Signature

Baldemar Hinojosa
My Commission Expires
1/21/2026
Notary ID
133544556

## CERTIFICATE OF SERVICE

      I hereby certify that on **December 15, 2025**, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court, Western District of Texas, and electronically served same using the Case Management/Electronic Case Filing (CM/ECF) system of the Court. I further certify that a true and correct copy of the foregoing was served upon ATTORNEYS FOR DEFENDANT DELTA AIR LINES, INC.:

Celeste R. Yeager at email cyeager@littler.com and Josh K. Ordiway at jordiway@littler.com and mailed via UPS at:

                        LITTLER MENDELSON, P.C.
                        2001 Ross Avenue, Suite 1500
                        Dallas, TX 75201

                                              /s/ *KENTREZ GRANT*
                                              Kentrez Grant
                                              (Pro Se)
                                              4516 Burleson Rd.
                                              #17848
                                              Austin, TX 78744
                                              Telephone:(254)458-9661
                                              kentrez_78@yahoo.com