# United States Court of Appeals
## for the Fifth Circuit

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL: (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 2, 2025

Kentrez Grant
4516 Burleson Rd.
#17848
Austin, TX 78744

Dear Mr. Grant:

We acknowledge receipt of your judicial misconduct complaint against United States District Judge Alan D. Albright.

We will advise you in writing if the complaint does not comply with the Rules for Judicial-Conduct and Judicial-Disability Proceedings and/or if further clarification of your claims is required. Otherwise, you will be notified of action taken on your complaint.

Sincerely,
LYLE W. CAYCE, Clerk

By _____
Blair Robottom, Deputy Clerk

STATES COURT OF APPEALS
FIFTH CIRCUIT
OFFICE OF THE CLERK
EDWARD HEBERT BUILDING
600 S. MAESTRI PLACE
LEANS, LOUISIANA 70130-3408

OFFICIAL BUSINESS




NEW ORLEANS LA 700
3 MAY 2025 PM
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 70130
02 7H
0006074486
$ 000.69
MAY 02 2025

Kentrez Grant
4516 Burleson Rd.
#17848
Austin, TX 78744

78744-120416